EDWARD SCHMIDT, Individually and as Trustee under the Will of THERESA STEFFAN, Deceased, Appellant, *v.* ROSE A. KING, as Trustee under the Will of THERESA STEFFAN, Deceased, et al., Respondents.

*Will — construction — courts — complaint in action in Supreme Court for construction of will dismissed where full relief might be obtained in Surrogate's Court.*

*Schmidt* v. *King*, 222 App. Div. 712, affirmed.

(Argued February 13, 1928; decided February 24, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 2, 1927, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for a dismissal of the complaint. The action was brought to obtain a con-

struction of the will of Theresa Steffan, deceased. The complaint was dismissed on the ground that full relief could be obtained on the accounting in Surrogate's Court.

*Stephen V. O'Gorman* for appellant.

*William C. Carroll* for Rose A. King as trustee, respondent.

*Charles A. Drefs, Jr.,* for Edward C. Stepping et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.